UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

Trustees of the Teamsters Local 456 Pension, Health & Welfare
Annuity, Education & Training, S.U.B. Industry Advancement
And Legal Services Funds and the Westchester Teamsters Local
Union No. 456,



RULE 7.1

                              Plaintiffs,

   -against-

08 CIV 48__

TRANSIT CONSTRUCTION CORP.,

BRIEANT

                              Defendant.

------------------------------------------------------------------x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

None

Dated:  May 20, 2008

                                                Karin Arrospide, Esq. (KA9319)