## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ 4811                                             Purchased/Filed: May 23, 2008

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

*Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local*    Plaintiff

against

*Transit Construction Corp.*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 2, 2008_____, at _2:00pm_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action, Rule 7.1 and Complaint

on

_____Transit Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _40_ dollars; That said service was made pursuant to Section _306 Business Corporation Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _43_    Approx. Wt: _118_    Approx. Ht: _5'_
Color of skin: _White_    Hair color: _Brown_    Sex: _F_    Other: _____

Sworn to before me on this
4th day of    June, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0805281

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**