UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

          **Index No. 08 CIV4811 (CLB)**

          Plaintiffs,     **VOLUNTARY NOTICE OF DISMISSAL**

   -and-

TRANSIT CONSTRUCTION CORP.,

          Defendant.
----------------------------------------------------------------x

     PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

Dated: July 17, 2008
      Elmsford, New York

              BARNES, IACCARINO, VIRGINIA,
              AMBINDER & SHEPHERD, PLLC

              Karin Arrospide, Esq. (KA9319)
              Attorney for Plaintiffs
              258 Saw Mill River Road
              Elmsford, New York 10523
              (914) 592-1515

SO ORDERED:

              DATED: 7/29/08

Honorable Charles L. Brieant, U.S.D.J.